Electronically FILED by Superior Court of California, County of Los Angeles on 03/24/2022 05:04 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez,Deputy Clerk
Case 2:22-cv-05418-FMO-ADS   Document 1-4   Filed 08/03/22   Page 1 of 5   Page ID #:53
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Serena Murillo

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
DALE E. MOTLEY, SBN 69208
OGDEN & MOTLEY
1900 Avenue of the Stars
Suite 2300
Los Angeles, California 90067
TELEPHONE NO.: 310-286-6760    FAX NO. *(Optional)*: 310-286-7419
E-MAIL ADDRESS *(Optional)*: dalemotley@msn.com
ATTORNEY FOR *(Name)*: MARION SHAPIRO

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT / SPRING STREET

PLAINTIFF: MARION SHAPIRO

DEFENDANT: WALMART INC.; and

[X] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED *(Number)*:
Type *(check all that apply)*:
☐ MOTOR VEHICLE    ☐ OTHER *(specify)*:
☐ Property Damage    ☐ Wrongful Death
☐ Personal Injury    ☐ Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded  ☐ does not exceed $10,000
                    ☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER: 22STCV10322

1. **Plaintiff** *(name or names)*: MARION SHAPIRO

   alleges causes of action against **defendant** *(name or names)*: WALMART INC.; and DOES 1 to 10

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

   b. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
Legal Solutions Plus
Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: SHAPIRO v. WALMART | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* WALMART INC.
   
   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe):*
   (4) ☐ a public entity *(describe):*
   (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
   
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*
   (4) ☐ a public entity *(describe):*
   (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
   
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*
   (4) ☐ a public entity *(describe):*
   (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
   
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*
   (4) ☐ a public entity *(describe):*
   (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1 TO 10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 2 of 3

PLD-PI-001

| SHORT TITLE: SHAPIRO v. WALMART | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage *(specify):* All other damages caused by the actions of the defendants.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: March 24, 2022

DALE E. MOTLEY
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: SHAPIRO v. WALMART | CASE NUMBER: |

__FIRST__      **CAUSE OF ACTION—General Negligence**      Page __4__
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   MARION SHAPIRO

alleges that defendant *(name)*:   WALMART INC.

[X] Does __1__ to __10__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:   December 20, 2020
at *(place)*:   Walmart Store #1941 located at 1950 Auto Center Drive, Glendora, County of Los Angeles, State of California 91740
*(description of reasons for liability):*

While shopping in the Walmart Store #1941, Plaintiff was, without warning, struck on the head from behind by a heavy object. The object that struck the Plaintff was a large pole which had been attached to the wall and fell, without warning, striking the Plaintiff.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure 425.12

| | | PLD-PI-001(4) |
|---|---|---|
| SHORT TITLE: SHAPIRO v. WALMART | CASE NUMBER: | |

| SECOND | CAUSE OF ACTION—Premises Liability | Page 5 |
|---|---|---|
| (number) | | |

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name)*: MARION SHAPIRO
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: December 20, 2020   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:
While shopping in the Walmart Store, located at 1950 Auto Center Drive, Glendora, County of Los Angeles, State of California 91740, Plaintiff was, without warning, struck on the head from behind by a heavy object. The object that struck the Plaintff was a large pole which had been attached to the wall and, without warning, fell and struck the Plaintiff.

**Prem.L-2.**  [X] **Count One—Negligence**  The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: WALMART INC.

[X] Does 1 to 10

**Prem.L-3.**  [ ] **Count Two—Willful Failure to Warn**  [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does _____ to _____
Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

**Prem.L-4.**  [ ] **Count Three—Dangerous Condition of Public Property**  The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does _____ to _____
a. [ ] The defendant public entity had  [ ] actual  [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a.  [X] **Allegations about Other Defendants**  The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

[X] Does 1 to 10
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [ ] as follows *(names)*:

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION—Premises Liability

Legal Solutions Plus

Code of Civil Procedure, § 425.12